FILED

2025 Jun-18  PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM: JUNE. 2025
BHM GJ#  19

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>WESTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **MAR'KEYTH QUINSHAUN** | ) | |
| **MCGEE** | | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>:
*Felon in Possession of a Firearm*
**[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges:

That on or about the 28th day of April 2025, in Tuscaloosa County, within the

Northern District of Alabama, the defendant,

**MAR'KEYTH QUINSHAUN MCGEE**,

knowing he had previously been convicted of a crime punishable by imprisonment

for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock 9mm**

**caliber pistol**, and ammunition, that is, **fourteen (14) 9mm Luger cartridges**

**bearing FC and 9mm LUGER headstamp**, and the firearm and ammunition were

in and affecting interstate and foreign commerce, in violation of Title 18, United

States Code, Section 922(g)(1). McGee was convicted on May 29, 2024, of

**Discharging a Firearm into an Occupied Dwelling or Vehicle**, in case number CC-2022-1685, in the Circuit Court of Tuscaloosa County, Alabama, the said offense being a crime punishable by imprisonment for a term exceeding one year.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.      The allegation contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offense charged in Count One of this Indictment the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock 9mm caliber pistol, bearing serial number BLLZ822, and fourteen (14) 9mm Luger**

**cartridges bearing FC and 9mm LUGER headstamp, and any associated magazines and ammunition.**

A TRUE BILL

*/s/ Electronic Signature*
_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
_____
WILLIAM R. MCCOMB
Assistant United States Attorney